# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEY DEAN HOFFMAN, | : | Civil No. 1:25-CV-01176 |
| Plaintiff, | : | |
| v. | : | |
| PRIME CARE MEDICAL, INC., *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of December 2025, upon consideration of the Plaintiff's amended complaint, Doc. 14, **IT IS ORDERED THAT**:

1. All claims raised against Prime Care Medical, Inc. are **DISMISSED** with prejudice.

2. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court shall serve a copy of the amended complaint, Doc. 14, notice of lawsuit and request to waive service of summons (form AO 398), waiver of service of summons (form AO 399) and this Order on the Defendants Kyle Brin and Adena. In the interest of efficient administrative judicial economy, the court requests that these two Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

3. If service is unable to be completed due to Plaintiff's failure to properly name these two Defendants, or provide a correct mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against the Defendants pursuant to Federal Rule of Civil Procedure 4(m).

2

4. Plaintiff shall maintain on file with the Clerk of Court a current address. *See* M.D. Pa. LR 83.18. If the court is unable to communicate with the Plaintiff because the Plaintiff has failed to notify the court of his address, the Plaintiff will be deemed to have abandoned the lawsuit.

s/ Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania