# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEY DEAN HOFFMAN, | : | Civil No. 1:25-CV-01176 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRIME CARE MEDICAL, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of June 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss the amended complaint, Doc. 22, is **GRANTED**.

2. Plaintiff's second amended complaint, Doc. 21, is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's motion for appointment of counsel, Doc. 25, is **DENIED.**

4. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania